USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/2022

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 31, 2022

By CM/ECF

Hon. Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Application GRANTED *nunc pro tunc*. SO ORDERED.
Dated: November 1, 2022

   Re:   *Rada v. Comm'r of Soc. Sec.,* 1:22-cv-04917-SDA

Dear Judge Aaron:

This Office represents the Commissioner of Social Security (Commissioner) in the above-referenced action pursuant to 42 U.S.C. § 405(g), challenging a decision by the Commissioner to deny Plaintiff's application for benefits. The Commissioner is to file a certified administrative record (CAR) today, October 31, 2021, pursuant to the Court's Order dated June 13, 2022 (CM/ECF No. 5). The undersigned respectfully requests a 30-day extension of this deadline to November 30, 2022, to file the CAR.

This is the Commissioner's first request for an extension of the deadline to file this certified administrative record. The extension is necessary due to an administrative error that created a delay in the production and review of the CAR.

We have conferred with Plaintiff's counsel regarding this application, and counsel advised that he consents to this request.

Thank you for Your Honor's consideration.

                                        Respectfully submitted,

                                        AUDREY STRAUSS
                                        United States Attorney

                                 By:    *Victoria S. Treanor*
                                        Victoria S. Treanor
                                        Special Assistant United States Attorney
                                        Office of Program Litigation, Office 2
                                        Office of the General Counsel
                                        Social Security Administration

          6401 Security Boulevard  
          Baltimore, MD 21235  
          (212) 264-2524  
          Victoria.Treanor@ssa.gov

cc: Joseph A. Romano, Esq.