

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/22/2023

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 21, 2023

**BY CM/ECF**

Hon. Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Request GRANTED. SO ORDERED.
Dated: March 22, 2023

*/s/ Stewart D. Aaron*

Re:   Rada v. Comm'r of Soc. Sec., 1:22-cv-04917-SDA

Dear Judge Aaron:

  This Office represents the Commissioner of Social Security, defendant in the above-referenced action. We write respectfully, having received the consent of plaintiff's counsel, to request an adjournment of the Court's briefing schedule.

  Pursuant to the Court's June 13, 2022 order (ECF No. 5), the defendant's cross-motion for judgment on the pleadings and opposition to plaintiff's motion for judgment on the pleadings is due on March 28, 2023. The undersigned respectfully requests a 30-day extension of this deadline, to April 27, 2023, to file her motion.

  This adjournment of the briefing schedule will allow the undersigned the time necessary to complete review of the record and briefing of the case, in view of the undersigned's workload constraints.

  This is the Commissioner's first request for an adjournment of the briefing schedule in this case. The Commissioner previously requested an extension of time to file the Certified Administrative Record; the Court granted this request on November 1, 2022.

  We appreciate the Court's consideration of this request.

                Respectfully,

                DAMIAN WILLIAMS
                United States Attorney

By:  /s/ *Victoria S. Treanor*
      Victoria S. Treanor
      Special Assistant United States Attorney
      Office of Program Litigation, Office 2
      Office of the General Counsel
      Social Security Administration
      6401 Security Boulevard
      Baltimore, MD 21235
      (212) 264-2524
      Victoria.Treanor@ssa.gov

Cc (by ECF): Joseph Romano, Esq.