**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARGARET RADA,

                Plaintiff,                        22 **CIVIL** 4917 (SDA)

     -v-                                  **JUDGMENT**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 30, 2023, that the Commissioner's decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
            March 31, 2023

                                                     **RUBY J. KRAJICK**

                                                       _____
                                                          **Clerk of Court**

                           **BY:**     *K. Mango*

                                                          _____
                                                          **Deputy Clerk**